UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELIZABETH ABDUS-SABUR,

                      Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
----------------------------------------------------------------X

JUDGMENT
06-CV- 4934 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 31, 2009, remanding the case to the Commissioner solely for a determination of whether plaintiff may perform her past relevant work consistent with the Court's Memorandum and Order dated December 23, 2009; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner solely for a determination of whether plaintiff may perform her past relevant work consistent with the Court's Memorandum and Order dated December 23, 2009.

Dated: Brooklyn, New York
         December 31, 2009

                                          ROBERT C. HEINEMANN
                                          Clerk of Court